UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                              CASE NO. 8:91-CR-300-T-17

CHARLES W. HUBBARD
_____/

### ORDER

This cause comes before the Court on the defendant's motion to reconsider (Docket No. 881), response thereto (Docket No. 883), and reply (Docket No. 886). The Court has reviewed the motion, response, reply, and the underlying record in this case and agrees with the opposition to the motion to reconsider. The Court incorporates the response by reference herein. Accordingly, it is.

**ORDERED** that defendant's motion to reconsider (Docket No. 881) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 20th day of October, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record